United States District Court
Southern District of Texas
**ENTERED**
July 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Aetna Life Insurance Company, | § § § | |
| Plaintiff, | § § | |
| *versus* | § § | Civil Action H-14-900 |
| Won Yi, *et al.*, | § § § | |
| Defendants. | § § | |

## Second Amended Final Judgment

1. Aetna will recover the overpayments of $1,740,672.42 from:
   Won Yi;
   Complete Anesthesia Service, PA;
   Paradigm Ambulatory Associates, LLC;
   Paradigm Ambulatory Medical Services, PA;
   Physicians Auditing & Billing Services, Inc.; and
   Paragon Ambulatory Health Resources, LLC.

2. Won Yi; Complete Anesthesia Services, PA; Paradigm Ambulatory Associates, LLC; Paradigm Ambulatory Medical Services, PA; Physicians Auditing & Billing Services, Inc.; and Paragon Ambulatory Health Resources, LLC, take nothing from Aetna.

3. Aetna may recover its attorney's fees in the amount of $431,513.27, and costs in the amount of $7,340.15.

Signed on ____19____, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge