In the United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Aetna Life Insurance Company | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Civil Action No. 4:14-CV-00900 |
| | § | |
| Won Yi, *et al.*, | § | |
| *Defendants* | § | |

**Defendant Physicians Auditing & Billing Services, Inc.'s Notice of Appeal**

Notice is hereby given that defendant Physicians Auditing & Billing Services, Inc. appeals to the United States Court of Appeals for the Fifth Circuit from the decision of this court set forth in the Second Amended Final Judgment (Dkt. 132) and entered in the above-captioned case on July 19, 2019, as well as all other interlocutory orders rendered final and appealable by the Second Amended Final Judgment.

Respectfully submitted,

/s/ Amie P. Fordan
Amie P. Fordan
*Attorney-in-Charge*
Texas Bar No. 24036580
SDTX 37538
amie.fordan@tbjbs.com
1717 Main Street, Suite 3400
Dallas, Texas 75201
214-741-1166 - telephone
214-741-7548 - facsimile

*Of counsel:*
**Touchstone, Bernays, Johnston,
Beall, Smith & Stollenwerck, LLP**
R. Wayne Gordon
Texas Bar No. 08206500
SDTX 17824
wayne.gordon@tbjbs.com
Attorneys for Defendant
Physicians Auditing & Billing
Services, Inc.

## Certificate of Service

This is to certify that this Defendant Physicians Auditing & Billing Services, Inc.'s Notice of Appeal has been served on all counsel of record via the Court's electronic filing system on this 16th day of August, 2019.

/s/ Amie P. Fordan
Amie P. Fordan